**UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO**

DAVID R. HARTMAN,

      Plaintiff,

v.                              No. 2:17-cv-01105-KRS-SMV

CITY OF ROSWELL,

      Defendant.

## ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE

THIS MATTER came before the Court upon the Motion of Plaintiff to dismiss his Complaint with prejudice, and the Court, having read said Motion and considered same, and being otherwise fully advised in the premises, finds that said Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff's Complaint be, and the same hereby is, dismissed with prejudice, each party to pay his or its own costs and attorney's fees.

                                                HONORABLE KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE

APPROVED:

RAGSDALE LAW FIRM

By **Electronically Approved on 03/14/19**
    Luke W. Ragsdale
    Kay C. Jenkins, Esquire
    P.O. Box 3220
    Roswell, NM 88202-3320
    (575) 208-5300
*Attorneys for Plaintiff*


ATWOOD, MALONE, TURNER & SABIN, P.A.

By **Electronically Submitted on 03/14/19**
    Bryan Evans
    K. Renee Gantert
    P.O. Drawer 700
    Roswell, NM 88202-0700
    (575) 622-6221
*Attorneys for Defendant*